# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**　　　　　　　　　　　　　　　　　　　　　TELEPHONE: 202-275-8000
**CLERK OF COURT**

December 30, 2013

To: Stephen J. Driscoll

Re:  14-1161 - T.M. Patents v. Cisco Systems

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- The Entry of Appearance and Docketing Statement do not identify all represented parties by name; the use of "et al." is discouraged.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court